Wednesday March 11th, 2015

46,840-03

TO: Mr. Abel Acosta, Clerk
Court Of Criminal Appeals
Po Box 12308 Capitol Station
Austin, Texas 78711

FROM: Shane Guziec 795104
Robertson
12071 FM 3522
Abilene, Texas 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 16 2015

Abel Acosta, Clerk

RE:   DOCKET SHEET FOR WRIT NUMBER WR-46,840-03

Dear Mr Acosta,
I know you are probably very busy, but when you have the time would you please send me a docket sheet for the following writ.
Your assistance in to this matter would be greatly appreciated.

Thank You
Respectfully Submitted
Shane Guziec 795104
12071 FM 3522
Abilene, Texas 79601